# EXHIBIT B

**HUD - 1 UNIFORM SETTLEMENT STATEMENT**

OMB Approval No. 2502-0265

| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT |
|---|---|---|

| B. TYPE OF LOAN | | 6. File Number: 2022-8 | 7. Loan Number: 522418 |
|---|---|---|---|
| 1. FHA | 2. FmHA | | |
| 3. X Conv. Unins. | 4. VA  5. Conv. Ins. | 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
NOTE: TIN = Taxpayer's Identification Number

| D. NAME AND ADDRESS OF BORROWER: | E. NAME, ADDRESS AND TIN OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| DSK Contractors, LLC<br><br>137 Route 46<br>Clifton, NJ 07930 | TQM Builders & Developers LLC<br><br>256 Columbia Turnpike<br>Suite 206<br>Florham Park, NJ 07932-1231 | Boiling Springs Savings Bank<br>25 Orient Way<br>Rutherford, NJ  07070 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT NAME, ADDRESS AND TIN | |
|---|---|---|
| 164 North Road<br>Chester, NJ 07930<br><br>Lot 76.01    Block 32 | Keith E. Paterson, Esq.    22-3376842<br>124 East Main Street, Suite 104,, Denville, NJ 07834 | |
| | PLACE OF SETTLEMENT | I. SETTLEMENT DATE |
| | Keith E. Paterson, Esq.<br>124 E. Main St.,Denville, NJ | 01/24/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 470,000.00 | 401. Contract sales price | 470,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 26,952.18 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes 01/01/2006-01/12/2000 | | 406. City/town taxes 01/01/2006-01/12/2006 | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **496,952.18** | **420. GROSS AMOUNT DUE TO SELLER** | **470,000.00** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit | |
| 202. Principal amount of new loan(s) | 300,000.00 | 502. Settlement charges to seller (Line 1400) | 25,886.96 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Robbie Berman Mortgage | 196,727.18 | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes 01/01/2006-01/24/2006 | 153.78 | 510. City/town taxes 01/01/2006-01/24/2006 | 153.78 |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. Architectual Credit (77) | 500.00 | 513. Architectual Credit (77) | 500.00 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **497,380.96** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **26,540.74** |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT FROM/TO SELLER** | |
| 301. Gross amount due from borrower (Line 120) | 496,952.18 | 601. Gross amount due to seller (Line 420) | 470,000.00 |
| 302. Less amount paid by/for borrower (Line 220) | 497,380.96 | 602. Less reduction in amount due seller (Line 520) | 26,540.74 |
| **303. CASH TO BORROWER** | **428.78** | **603. CASH TO SELLER** | **443,459.26** |

**SELLER'S STATEMENT**

The information contained in Blocks E, G, H, and I and on line 401 (or, if line 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service (see Seller Certification). If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____     _____
(Seller's Signature)    TQM Builders & Developers LLC     (Seller's Signature)

© EASY SOFT, Inc. 2001 Previous editions are obsolete              Page 1                     form HUD-1 (3/86) ref Handbook 4305.2

## L. SETTLEMENT CHARGES

| 700. TOTAL SALES/BROKER's COMMISSION based on price $ 470,000.00 @ | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| Division of Commission (line 700) as follows: | | |
| 701. $ 15,277.50 to Re/Max | | |
| 702. $ 2,350.00 to Arcadia Realtors | | |
| 703. Commission paid at Settlement | | 17,627.50 |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee  $ | | |
| 802. Loan Discount   $ | | |
| 803. Appraisal Fee to and Credit Report Fee to Boiling Springs | 1,525.00 | |
| 804. Credit report to | | |
| 805. Lender's Inspection Fee | | |
| 806. Processing Fee to Boiling Springs & Loan Association | 300.00 | |
| 807. Escrow for Interest Reserve (1% Origination Fee) | 3,000.00 | |
| 808. | | |
| 809. | | |
| 810. Permit Fees to Gary Grant | | 1,000.00 |
| 811. | | |
| 812. | | |
| 813. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 01/17/2006-01/31/2006 | | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard insurance Premium for | | |
| 904. | | |
| 905. Hazard Insurance to Otterstedt Agency | 1,190.48 | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | 0.00 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to | | |
| 1103. Title Examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to Keith E. Paterson/Gary Grant | 15,954.97 | 750.00 |
| (includes line numbers: | | |
| 1108. Title Insurance to Liberty Abstract, Inc. | 2,659.20 | |
| (includes line numbers: | | |
| 1109. Lender's coverage $ 1825000.00 | | |
| 1110. Owner's coverage $          0.00 | | |
| 1111. Liberty Abstract, LA 26,484 (Lot 77) | 762.85 | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees:    Deed $  125.00    Mortgage $  550.00   Release $ | 675.00 | |
| 1202. City/cnty tax/stamps:   Deed $          Mortgage $ | | |
| 1203. State tax/stamps:   Deed $          Mortgage $ | | |
| 1204. Realty Transfer Fee | | 3,887.00 |
| 1205. Record UCC-1 & Second & Third Mortgage on Lot 77 | 250.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to Joel E. Jenkins | | 750.00 |
| 1302. Pest inspection to | | |
| 1303. Overnight Mail | 50.00 | |
| 1304. 1Q Tax to Township of Chester | 584.68 | |
| 1305. 2005 Tax + Penalty:2Q ($543.32 + $32.48) 3Q ($543.32 + $24.90) | | 1,872.46 |
| 1306.    4Q ($626.04 + $19.68) | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 26,952.18 | 25,886.96 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

_____          _____
Seller    TQM Builders & Developers LLC    Borrower    DSK Contractors

_____          _____
Seller                                    Borrower

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the undersigned as part of the settlement of this transaction.

_____                      01/24/2006
Settlement Agent    Keith E. Paterson, Esq.          Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.