UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**07/09/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:   Stanley F. Kleinschmidt
         Corrine A. Kleinschmidt

Case No.: 09-13545

Hearing Date:

David Wolff, Chapter 7 Trustee

Adv. No.:   09-02606

Judge:   Novalyn Winfield

Plaintiff(s)

v.

Stanley F. Kleinschmidt
Corrine A. Kleinschmidt

Defendant(s)

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: 07/09/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 ___ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion is denied without prejudice .

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Novalyn L. Winfield July  09, 2010*