UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:  Stanley F. Kleinschmidt
        Corrine A. Kleinschmidt

        David Wolff, Chapter 7 Trustee

                    Plaintiff(s)
v.

        Stanley F. Kleinschmidt
        Corrine A. Kleinschmidt

                    Defendant(s)

Case No.: 09-13545

Hearing Date:

Adv. No.:  09-02606

Judge:  Novalyn Winfield

Order Filed on 07/09/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER DENYING CROSS- MOTION FOR SUMMARY JUDGMENT

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2\_\_\_\_\_ is hereby **ORDERED**.

**DATED: 07/09/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 ___ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion is denied without prejudice .

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Novalyn L. Winfield July  09, 2010*